IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW GALLARDO, an individual, AND
VICTORIA QUINTANA, an individual

        Plaintiffs,

vs.                                No.:

SENTRY INSURANCE COMPANY
        Defendant.

## SENTRY INSURANCE COMPANY'S NOTICE OF REMOVAL

Pursuant to Sections 1332, 1441(a), and 1446, Title 28 of the United States Code, Sentry Insurance Company ("Sentry"), hereby files this Notice of Removal, removing Cause No. D-202-CV-2024-06497, *Andrew Gallardo, et. al. v. Sentry Insurance Company* from the Second Judicial District Court of Bernalillo County, New Mexico to the United Staes District Court for the District of New Mexico.

### Relevant Background

1. Plaintiffs Andrew Gallardo and Victoria Quintana commenced this action on August 9, 2024, by filing their complaint for Declaratory Judgment, Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, Insurance Bad Faith, Violations of Unfair Insurance Claims Practices Act, and Violations of the Unfair Trade Practices Act in the 2nd Judicial District Court of Bernalillo County, New Mexico, Cause No. D-202-CV-2024-06497. *See* Ex. A.

2. Plaintiff alleges jurisdiction and venue are proper in the 2nd Judicial District Court of Bernalillo County, New Mexico because Plaintiffs are citizens of New Mexico, and Sentry is a

foreign insurance company licensed and authorized to do business in New Mexico. *See* Ex. A *Compl.* ¶1-3.

3. Plaintiffs are citizens of New Mexico. *See* Ex. A, *Compl.* ¶ 1-2.

4. Sentry is a citizen of Wisconsin, with its principal place of business and incorporation in Wisconsin.

5. Defendant Donna Trujillo is a citizen of New Mexico, employed by Defendant Protective Insurance Agency Inc., doing business in New Mexico. *See* Ex. A, Compl. ¶ 5-8.

6. On March 7, 2025, an Order was filed by Judge Nancy J. Franchini, granting Defendants Donna Trujillo and Protective Insurance Agency, Inc., Motion to Dismiss. *See* Ex. B,.

7. Sentry now timely files this Notice of Removal. *See* 28 U.S.C. §§ 1441 and 1446(b)(3).

## Grounds For Removal

8. Subject matter jurisdiction exists in this case pursuant to Section 28 U.S.C. § 1332, and therefore, removal of this case to federal court is proper because the amount in controversy exceeds $75,000.00 and complete diversity exists among the parties.

### A. The amount in controversy exceeds $75,000.00

9. Pursuant to section 1332, the amount in controversy must exceed the sum or value of $75,000. *See* U.S.C. 28 § 1332(a).

10. In the Complaint, Plaintiff seeks to recover more than $75,000 as plaintiff seeks the following damages:

   a. Declaratory relief;
   
   b. General, Compensatory, and consequential damages;
   
   c. Costs, attorney fees, and other appropriate relief;

       d.  Pre-Judgment and post-judgment interest;

       e.  Punitive and/or treble damages.

11. Because Plaintiff seeks not only compensatory damages, but punitive damages, treble damages, and attorney's fees it is facially apparent that the amount in controversy exceeds $75,000.

### B. Total Diversity of citizenship exists among the parties

12. Diversity of citizenship is assessed at the time the lawsuit is filed. *Freeport-McMoRan, Inc. v. K N Energy, Inc.,* 498 U.S. 428 (1991).

13. The citizenship of an individual is based on the individual's domicile. *Coury v. Prot,* 85 F.3d 244, 250 (5th Cir. 1996).

14. The citizenship of a corporation is its state of incorporation and the state in which it has its principal place of business. *See Id..; see also* 28 U.S.C. § 1332 (c)(1).

15. Plaintiff is a citizen of the State of New Mexico.

16. Sentry is a citizen of the State of Wisconsin.

17. The Court dismissed the claims against Defendants Donna Trujillo and Protective insurance Agency Inc., who are citizens of the State of New Mexico and no longer party to this action.

18. Following the removal of Defendants Donna Trujillo and Protective Insurance Agency Inc., complete diversity exists among the parties.

### Proper Venue and Compliance with Removal Procedure

19. Removal of this matter to federal court is timely, as Sentry was served with service of the Order Granting Defendant's Motion to Dismiss on March 7, 2025. This Notice of Removal

is timely filed within thirty days of the Order making this case removeable (28 U.S.C. §1446 (b)(3)) and within one year of the commencement of this action. *See Id.* § 1446(c)(1).

20. Prompt written notice of the filing of this Notice of Removal will be given to Plaintiff. Copies of this Notice of Removal have been served on counsel for the Plaintiff and filed with the Clerk of the District Court of Bernalillo County, New Mexico. *See Id.* § 1446(d).

21. Pursuant to section 1441(a), removal to this Court is proper as the district and division embracing the place where the state action is pending.

22. True and correct copies of all process, pleadings, and the Orders served in the State court action are being filed with this Notice of Removal, as required by section 1446(a). See Exs. A and B.

WHEREFORE, Sentry, pursuant to and in conformity with the requirements set forth in 28 U.S.C. §§ 1332, 1441, and 1446, respectfully removes Cause No. D-202-CV-2024-06497, *Andrew Gallardo, et. al. v. Sentry Insurance Company* from the Second Judicial District Court of Bernalillo County, New Mexico to the United States District Court for the District of New Mexico.

Respectfully submitted,

By: /s/ *Alicia M. Santos*
ALICIA M. SANTOS
6000 Indian School Rd. NE, Suite 200
Albuquerque, NM 87110
(505) 883-8181
asantos@obrienlawoffice.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the foregoing pleading was filed electronically on April 15, 2025, through the CM/ECF File System, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

 */s/ Alicia M. Santos*
ALICIA M. SANTOS